UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Chapter 7

TELSTAR INTERNATIONAL, INC.  Case No. 04-23477-ASH

**STATEMENT OF UNCLAIMED DIVIDENDS**

Debtor.

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 11 | I.S.I.<br>3921 SOUTHWEST 47TH AVENUE, SUITE 1011<br>DAVIE, FL 33314 | $14,708.93 | $204.74 |
| 19 | SPECTRUM CORPORATION<br>98 FOX ISLAND ROAD<br>PORT CHESTER, NY 10573 | $3,679.30 | $51.21 |
| 44 | CITICORP VENDOR FINANCE, INC.<br>1800 OVERCENTER DRIVVE<br>MOBERLY, MO 65270 | $53,789.33 | $748.73 |

**TOTAL UNCLAIMED DIVIDENDS:**  $   1,004.68

Dated: New York, New York
       February 6, 2009

 /s/ John S. Pereira, Trustee
JOHN S. PEREIRA
Trustee
150 EAST 58TH STREET, 14TH FLOOR
NEW YORK, NY  10155
(212) 758-5777